January 26, 2021

Legal Aid Vermont Client Grievance

1) Plaintiff CLEARLY not only requested, she DEMANDED Kelli to withdraw several times in 2019 and she did not do so until December 30, 2020.
2) Plaintiff clearly did not request Scott Cassidy to be entered as a payee or permission to receive mail being addressed to him. The % was due to shared address of an apartment and building. The % is CLEARLY NOT hand writing of plaintiff. Never has this ever been an issue, harassment.
3) Plaintiff told Kelli the review was done and where. She declined to further that info. Noting in the denial that SSA failed to enter Dr notes, only counselor, harassment.
4) Kelli continued to send mail to former address after 1) the client made her aware she lived in Barnet. 2) continued to apparently enter notes and make calls after the plaintiff demanded she get off the case.
5) Kelli continued mailing SSA after plaintiff told her to "get to fuck off the case" due to Kelli telling plaintiff there was nothing else she could do, knowing and evaluating as well as forwarding info to another attorney.
6) Another case assigned to a different attorney named Jessica. Plaintiff has the same complaints as above listed.
7) Plaintiff requested records again on December 29, 2020 and did not receive. Plaintiff did not receive any mail after November 22, 2019.
Plaintiff requested this receive immediate attention by all, including court and did not open any received after telling Kelly to sign off as that should have been the end. Therefore plaintiff has and had rightfully no way of knowing that Kelli didn't do as asked, but continued by taking upon herself to respond. Mind you, she has claimed in previous notes she wasnt my attorney only assigned to help. So you tell me why she continued?
Take this letter as intent to sue.
Kimberly Crosson
109 Railroad Street #7
Island Pond, Vt 05846
(802)323-4901

*Kimberly D Crosson*
1-26-2021

Legal Aid Misconduct and Grievance               2nd notice –

January 4, 2021

Re: Kelly Kazmari, appointed to case
Re: Annalee, appointed to DHS Case

Both above named were appointed to represent my cases and neither did so. Last contact with either attorney was late months of 2019 when I told them both if they couldn't do the job to remove themselves from the case. Neither appointed attorney performed client relation or fulfilled case requests. Neither attorney signed off until Dec. 30, 2020.
Thus leaving my cases in limbo and violating my rights, I request they be barred.
I request new representation and through Legal Aid immediately as cases have escalated to federal offenses.
I request a hearing with any and all overseers.
Kimberly Crosson

Kimberly D Crosson  1-4-2021
Kimberly D Crosson  1-26-2021
109 RailRoad St #7
Island Pond, Vt 05846

3RD notice
Letter intent to Sue / filed 3/5/2021